**No. 10-10501. Eve Jolicoeur-Vasseur, Petitioner v. Association of Professional Flight Attendants, et al.**

565 U.S. 839, 132 S. Ct. 147, 181 L. Ed. 2d 64, 2011 U.S. LEXIS 6066,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 405 Fed. Appx. 66.